IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SULAY PUENTE-RIOJAS, § | | |
| § | | |
| *Plaintiff,* § | | SA-25-CV-01567-FB |
| § | | |
| vs. § | | |
| § | | |
| PAMELA JO BONDI, UNITED STATES § | | |
| ATTORNEY GENERAL; KRISTI LYNN § | | |
| NOEM, SECRETARY OF HOMELAND § | | |
| SECURITY; SYLVESTER M ORTEGA, § | | |
| SAN ANTONIO ACTING FIELD § | | |
| OFFICE DIRECTOR FOR DETENTION § | | |
| AND REMOVAL, U.S. IMMIGRATION § | | |
| AND CUSTOMS ENFORCEMENT; AND § | | |
| ROSE THOMPSON, FACILITY § | | |
| ADMINISTRATOR, KARNES COUNTY § | | |
| IMMIGRATION PROCESSING § | | |
| CENTER; § | | |
| § | | |
| *Defendants.* § | | |

## ORDER FOR SERVICE AND TO SHOW CAUSE

Before the Court is the Verified Petition for Writ of Habeas Corpus filed by Petitioner Sulay Puente-Riojas, a national and citizen of Mexico, who is currently in detention at the Karnes County Immigration Processing Center located in Karnes City, Texas, located in the Western District of Texas. The Court will order service of Petitioner's habeas petition on Respondents and order them to show cause why the petition should not be granted. Additionally, due to the similarities between the instant case and other cases adjudicated in the San Antonio Division of the Western District of Texas, *see e.g.*, *Vasquez Avila v. Noem, et al.*, 5:25-CV-1363-FB-ESC (W.D. Tex. Nov. 25, 2025) (granting motion for temporary restraining order and ordering provision of a bond hearing or release); *Pereira-Verdi v. Lyons, et al.*, 5-25-CV-01187-XR (W.D. Tex. Nov. 24, 2025) (granting habeas relief and ordering release); *Lliguicota*

*Mayancela v. Superintendent, et al.*, 5:25-CV-1038-OLG-RBF (W.D. Tex. Nov. 18, 2025) (recommending release from custody); *Becerra Vargas v. Bondi, et al.*, 5:25-CV-01023-FB-HJB (W.D. Tex. Nov. 12, 2025) (granting habeas relief and ordering release from custody); *Hernandez-Fernandez v. Lyons, et al.*, No. 5:25-CV-00773-JKP, 2025 WL 2976923 (W.D. Tex. Oct. 21, 2025) (granting habeas relief and ordering bond hearing or release from custody), Respondents should address any reasons why the District Court might reach a different result in this case.

**IT IS HEREBY ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus [#1] and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents Pamela Bondi, U.S. Attorney General; Kristi Noem, Secretary of the U.S. Department of Homeland Security; and Sylvester M. Ortega, Field Office Director for ICE Enforcement and Removal Operations. *See* Fed. R. Civ. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas, 78216.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve Respondent Rose Thompson, Facility Administrator of the Karnes County Immigration Processing Center, where Petitioner is currently being detained, by mailing copies of the Petition for Writ of Habeas Corpus [#1] and this Order by certified mail with return receipt requested to Rose Thompson, Corporate Creations Network, Inc., 2595 N. Dallas Pkwy., Suite 350, Dallas, Texas, 75201. This shall constitute sufficient service of process on Respondent Thompson.

**IT IS FURTHER ORDERED** that Respondents shall file a response to the Petition within (3) days of the date of service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243. *See id.* (noting, a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed"). The response should address (1) what, if any, factors distinguish this case from the other cases referenced herein; and (2) why the District Court should not reach the same outcome in the instant case than it did in that case.

**IT IS FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

SIGNED this 1st day of December, 2025.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE